Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▾

CIVIL: Division

|  |  |  |
|---|---|---|
| **MICHAEL CHARLES MINTER** | ) | Case: 1:22-cv-01296 |
|  | ) | Assigned To : Unassigned |
|  | ) | Assign. Date : 5/5/2022 |
|  | ) | Description: Pro Se Gen. Civ. (F-DECK) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**(FNU)  KREVITS;**
**GARRETT LANDRAM;**
**STATE OF· WASHINGTON et al,**
**and DOES 1-500**

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MICHAEL CHARLES MINTER |
| Street Address | 2020 SW GEARY STREET |
| City and County | ALBANY |
| State and Zip Code | OREGON 97322 |
| Telephone Number | 541-666-6055 |
| E-mail Address | kmeldercouncil@gmail.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | (FNU) KREVITS |
| Job or Title (if known) | DCS REP |
| Street Address | 1949 S. State Street 3rd Floor |
| City and County | Tacoma |
| State and Zip Code | Washington 98405 |
| Telephone Number | 800-345-9976 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | GARRETT LANDRAM |
| Job or Title (if known) | DCS SUPERVISOR |
| Street Address | 1949 S. State Street 3rd Floor |
| City and County | Tacoma |
| State and Zip Code | Washington 98405 |
| Telephone Number | 800-345-9976 |
| E-mail Address (if known) | unk. |

Defendant No. 3

| | |
|---|---|
| Name | STATE OF WASHINGTTON et al c/o Bob Ferguson |
| Job or Title (if known) | Dept. of Justice / State Attorney General |
| Street Address | 700 Stewart Street Ste 5220 |
| City and County | Seattle |
| State and Zip Code | Washington 98101-1271 |
| Telephone Number | 206-464-6684 |
| E-mail Address (if known) | unk. |

Defendant No. 4

| | |
|---|---|
| Name | DOES 1-500 |
| Job or Title (if known) | STATE EMPLOYEES |
| Street Address | unk. but will reveal in jury trial |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | unk. |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 1981 Equal rights under the law.; 42 U.S. Code § 1985 Conspiracy to interfere with Civil Rights.; Aiding and Abetting in Violation of 18 U.S.C. Section 2; 42 U.S. Code § 1983  Civil action for deprivation of rights.; 18 U.S. Code § 287 Fraudulent claims.; 18 U.S. Code § 1324  Document Fraud.; 18 U.S. Code § 1030 Fraud with computer.; snd etc.T as set forth in this complaint.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)*  MICHAEL CHARLES MINTER                    , is a citizen of the

    State of *(name)*  OREGON                                .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated

    under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)*

    _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* (FNU) KREVITS                        , is a citizen of

    the State of *(name)*  WASHINGTON                    . Or is a citizen of

    *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* STATE OF WASHINGTON et al , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* WASHINGTON .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

1. My daughter was unlawfully withheld and subsequentlyy felonously KIDNAPPED from the state of Arizona in approximately 2003.
2. The Defendants have and continue unlawful acts against me from within Washington state. (See: Minter Affidavit)
3. The defendants attacks are affecting me Globally because thwy are using electronic devices and computer database systems against me while acting under color of law.
4. The Defendants commited interatate cyber theft of a third person as an act of retaliation on me from Washington onapprox. 10/06/2021. (See. Exhibit pk. #2)

B.    What date and approximate time did the events giving rise to your claim(s) occur?

1. Approximately my daughter was felomiously KIDNAPPED and deprived of me.; 2. I am unsure when (date) my child was brought to defendant WASHINGTON State et al. This will only reveal by jury trial.; 3. I am unsure when defendant WASHINGTON State began aiding and abetting my daughters kidnapping financially.; 4. On 10/06/2021 Defendants comitted interatate cyber theft with a computer on a third person as retaliation upon me.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*
Defendants, individually & collectively while acting under color of law have developed a systematic pattern of criminal acts that deprive me of my natural and civil rights including but not limited to having aided & abetted in and to each their own degree, participated/are participating in a conspiry to hinder and deprive me of my rights by way of slander, comitting fraud including upon the courts as well as my character and person have and continue to commit unlawful criminal including felonious acts including with electronic systems and computer devices under color of law, theft and attempted extortion.

*Pease see attached Aswer and supporing affidavits.

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
My daily creed is hindered and my natural & Consittutionlly protected rights hindered and unlawfully deprived: Currently I remain financially destitute in part because of this fraud and deprived of my natural and constitutional rights of gurantee to freely travel because my "driving priveleges" remain in peril due ot this fraud including fraud by computers used under color of law. My rights are being deprived. My character is being slandered. An undeserved threat upon my rights and personal FREEEDOMS remain because this fraud includes electronical devices used under color of law to fraudently slander my character and extortion money. An unecessary threat of harm and danger which otherwise would not exist is causing extreme mental distress upon myself, my family and my immediate household and others so long as this fraud is allowed to continue to inflict emotional distress under the disguise of being color of law as I have multiple dependants,obligations and responsibilities this fraud conitnues adversly impacting. I have been deprived of due stimulous monies due me and my family because of this.These acts are hindering my rights,infringing on others rights, are encroaching upon my family, houshold, church and our churches plant and animal enterprise & its ability to conduct local & interstate commerce.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
1. Plaintiff asks for an immediate investigation into this filing by the appropriate federal agencies and an immediate stay and change of venue to thus ir a higher BAR re: WA DCS #2051545;
2. Plaintiff askes for an immediate TRO and Injunction until said investigation is completee and brought to this or a higher BAR for legal remedy;
3. Plaintiff asks for an immediate release from all claims of financial liability encompassing this criminal fraud;
4. Plaintiff asks for all monies collected on behalf of the Plaintiff be immediately returned;
5. Plaintiff asks for a Permanent injunction protecitng me from further retaliaiton or similar conspiracies especially alledged under color of law;
6. Plaintiff seeks in excess of $25 Million dollars Punitive damage Compensatory for economic and non-economic damages;
7. Plaintiff seeks repayment of costs such as filing fees, attorney and investigatory expenses, etc. if and as applicible:

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    /-/7 - 2o22
                    46-2022 MM

Signature of Plaintiff

Printed Name of Plaintiff    MICHAEL CHARLES MINTER

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____